CFN # 109174998, OR BK 46903  Page 39, Page 1 of 16, Recorded 02/26/2010 at 09:27 AM, Broward County Commission, Doc M: $2450.00 Int. Tax $1400.00 Deputy Clerk 3370

6

PREPARED BY AND RETURN TO:
Rana M. Gorzeck, Esq.
Ward Damon
4420 Beacon Circle, Suite 100
West Palm Beach, Florida 33407

**THIS IS A BALLOON MORTGAGE AND THE FINAL PAYMENT OR THE BALANCE DUE UPON MATURITY IS $678,787.64 TOGETHER WITH ACCRUED INTEREST, IF ANY, AND ALL ADVANCEMENTS MADE BY THE MORTGAGEE UNDER THE TERMS OF THIS MORTGAGE.**

## SECOND MORTGAGE AND SECURITY AGREEMENT

THIS SECOND MORTGAGE AND SECURITY AGREEMENT (the "Mortgage"), is made and entered into as of the 17th day of February, 2010 by **Genesis Christian Center, Inc., a Florida corporation** (the "Mortgagor"), whose address is 5493 Wiles Road, Suite 106, Coconut Creek, Florida 33073 and **C&R Sixty Five Holdings, LLC, a Florida limited liability company** (the "Mortgagee"), whose address is 6501 West Commercial Boulevard, Tamarac, Florida 33319.

### WITNESSETH:

**WHEREAS**, Mortgagee has received a promissory note from Mortgagor in the principal sum of **Seven Hundred Thousand and NO/100 Dollars ($700,000.00)** (the "Loan") of even date herewith, which note is due and payable in installments, as described therein with a maturity date as of **February 16, 2010** (the "Note").

**WHEREAS**, in consideration of, and as an inducement to the Mortgagee to make a loan to the Mortgagor (the "Loan"), Mortgagor has agreed to grant this Mortgage to secure repayment of the Loan and performance under the Note.

**NOW, THEREFORE**, to secure the payment of the Note and such future or additional advances as may be made by Mortgagee, at its option and for any purpose, to Mortgagor, and to secure the full and faithful of covenants and agreements of Mortgagor contained in the Note, this Mortgage, and all other instruments and documents executed in connection with the Loan by any guarantor of the Loan (hereinafter collectively referred to as the "Loan Documents"), Mortgagor hereby grants, bargains, sells, conveys, assigns, transfers, mortgages, pledges, delivers, sets over, warrants and confirms to Mortgagee:

All those certain lots, pieces, or parcels of land lying and being in Broward County, State of Florida (the "Property"), together with the buildings and improvements (the "Improvements") now or hereafter situated thereon, said land being legally described as follows:

Units 7 and 8, Morgan Professional Center Condominium, a condominium according to the Declaration of Condominium, recorded in Official Records Book 41516, Page 269, and all amendments thereto, of the Public Records of Broward County, Florida

and

Parcel A and Parcel B, COMMERCIAL BOULEVARD LANDS, according to the Plat thereof, recorded in Plat Book 105, Page 34, of the Public Records of Broward County, Florida

(16)

EXHIBIT "A"

**TOGETHER WITH** all and singular the tenements, hereditaments, easements, riparian rights and other rights now or hereafter belonging or appurtenant to the Property, and the rights (if any) in all adjacent roads, ways, streams, alleys, strips and profits thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of Mortgagor of, in and to the same and every part and parcel thereof;

**TOGETHER WITH** all machinery, equipment, fittings, fixtures, furniture, furnishings, and articles of property of every kind and nature whatsoever (hereinafter collectively called "Equipment") now or hereafter owned by Mortgagor and located in, upon or under the Property or any Improvements on the Property (whether actually or constructively attached thereto) and used or usable in connection with any present or future operation of the Property or such improvements; and any other items of property acquire by Mortgagor, wherever the same may be kept or stored, if acquired with the intent of their being incorporated in and/or used in connection with the Property or any improvements to the Property; together also with all additions thereto and replacements thereof (Mortgagor hereby agreeing, with respect to all additions and replacements, to execute and deliver from time to time such further instruments as may be requested by Mortgagee to confirm their inclusion herein); all of which foregoing items described in this paragraph are hereby declared to be part of the real estate and encumbered by this Mortgage;

**TOGETHER WITH** (a) any and all awards or payments, including interest thereon and the right to receive the same, growing out of or resulting from any exercise of the power of eminent domain (including the taking of all or any part of the Property and/or Improvements, as defined hereinafter), or any alteration of the grade of any street upon which the Property abuts, or any other injury to, taking of, or decrease in the value of the Property and/or Improvements or any part thereof; (b) any unearned premiums on any hazard, casualty, liability, or other insurance policy carried for the benefit of Mortgagor, Mortgagee and/or the Property and/or Improvements (as defined hereinafter); (c) Mortgagor's rights in and to all supplies and materials delivered to or located upon the Property and used or usable in connection with the construction or refurbishing of improvements on the Property; and (d) Mortgagor's rights in, to, under, by virtue of, arising from or growing out of any and all present or future contracts, instruments, accounts, insurance policies, permits, licenses, trade names, plans, appraisals, reports, paid fees, choses-in-action, subdivision restrictions or declarations or other intangibles whatsoever now or hereafter dealing with, affecting or concerning the Property, the improvements thereto, or any portion thereof or interest therein, including but not limited to: (i) all contracts, plans and permits for or related to the Property or its development or the construction or refurbishing of improvements on the Property, (ii) any agreements for the provisions of utilities to the Property, (iii) all payment, performance and/or other bonds, (iv) any contracts now existing or hereafter made for the sale by Mortgagor of all or any portion of the Property, including any deposits paid by any purchasers (howsoever such deposits may be held) and any proceeds of such sales contracts, including any purchase-money notes and mortgages made by such purchasers, and (v) any declaration of condominium, restrictions, covenants, easements or similar documents now or hereafter recorded against the title to all or any portion of the Property;

**TOGETHER WITH** all of Mortgagor's rights to enter into any lease or lease agreement regarding all or any part of the Property, and all of Mortgagor's rights to encumber the Property further for debt, Mortgagor hereby (a) representing as a special inducement to Mortgagee to make the Loan that, as of the date hereof, there are no encumbrances to secure debt prior or junior to this Mortgage, and (b) covenanting that there are to be none as of the date when this Mortgage is recorded; and

**TO HAVE AND TO HOLD** the above-described and granted property, appurtenances and rights (referred to collectively in this Mortgage as the "Property and/or Improvements") unto Mortgagee in fee simple forever.

**PROVIDED, HOWEVER,** that these presents are upon the condition that if Mortgagor, (a) shall pay or cause to be paid to Mortgagee the principal and all interest payable in respect of the Loan and any future advance made under this Mortgage and any other sums secured by this Mortgage, at the time and in the manner stipulated in the Note or this Mortgage or any other Loan Document, all without any deduction or credit for taxes or other similar charges paid by Mortgagor, (b) shall punctually perform, keep and observe all and singular the covenants and promises in the Note and any future advance agreement(s), in any renewals, extensions or modifications thereof, and in this Mortgage or any other Loan Document expressed to be performed, kept and observed by and on the part of Mortgagor, and (c) shall not permit or suffer to occur any default under this Mortgage or any other Loan Document, then this Mortgage and all the interests and rights hereby granted, bargained, sold, conveyed,